08-00470 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

Civ.No: MJJ 550

V.

State Children's Health Insurance Program a/k/a SCHIP,
Defendants

### Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, moves under 42 USC 1983. I'm being denied health insurance at FCI Williamsburg, Defendants don't provide medical for inmates children. I applied for the SCHIP program, I have numerous medical issues that are not being looked at in prison, I have yellow teeth, I weigh only 120 Lbs, my colon itches, I'm denied cosmetic surgery, liposuction, FCI Williamsburg is not tending my bowel problems, this is a civil rights violation. I seek medical treatment and $40 million in damages.

Respectfully Submitted

Jonathan Lee Riches©